# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IN RE: INCLUSIVE ACCESS COURSE      20 MDL NO. 2946 (DLC)
MATERIALS ANTITRUST LITIGATION

**JUDGMENT**

-----------------------------------------------------------

This Judgment applies to the following action:

20cv6339.

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 14, 2021, the Defendants' January 22, 2021 motions to dismiss are granted; judgment is entered for the Defendants and the case is closed.

**Dated:** New York, New York
June 15, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**
BY: _____
**Deputy Clerk**